HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
BERIT L. ELAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda_harter@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
DENIS TYANNIKOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-CR-0088-EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] RELEASE ORDER** |
| DENIS TYANNIKOV, | |
| Defendant. | Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, CRYSTAL FULFER, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for DENIS TYANNIKOV, that the Court order release of Mr. Tyannikov to his Probation Officer, Becky Fidelman, at 8:30 a.m. on Monday, July 14, 2014, for transportation to The Effort.

The reason for this stipulation is that on June 23, 2014, the Court ordered defendant Denis Tyannikov into custody pending the availability of a bed at The Effort residential treatment facility.  A bed will be available on July 14, 2014.  The Court set a hearing for release to The Effort on July 21, 2014, however, The Effort is unable to reserve a bed for a week.

-1-

United States Probation Officer, Becky Fidelman, confirmed with defense counsel on Friday, June 27, 2014 that a bed will become available July 14.  She asked defense counsel to prepare an order of release directing that Mr. Tyannikov be released at 8:30 a.m. on Monday, July 14, to United States Probation.  Defense counsel advised Special Assistant United States Attorney Crystal Fulfer who stated that the government does not oppose issuing an order of release.

Transportation of Mr. Tyannikov from custody to The Effort will be as directed by Probation.

DATED: June 30, 2014                               Respectfully submitted,

                                                                     HEATHER WILLIAMS
                                                                     Federal Defender

                                                                     */s /Linda Harter*

                                                                     LINDA HARTER
                                                                     Chief Assistant to the Federal Defender
                                                                     Attorney for Defendant
                                                                     DENIS TYANNIKOV

Dated: June 30, 2014                                BENJAMIN B. WAGNER
                                                                     United States Attorney


                                                                     */s /Crystal Fulfer*
                                                                     CRYSTAL FULFER
                                                                     Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Mr. Tyannikov be released to the United States Probation at 8:30 a.m. on Monday, July 14, 2014, for transportation to The Effort.

Dated:  July 2, 2014.

                                                                     EDMUND F. BRENNAN
                                                                     UNITED STATES MAGISTRATE JUDGE

-2-