HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda_harter@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
DENIS TYANNIKOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0088-EFB |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING VIOLATION PETITION AND VACATING HEARING** |
| vs. | |
| DENIS TYANNIKOV, | |
| Defendant. | Date:  October 27, 2014<br>Time:  10:00 a.m.<br>Judge:  Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, Denis Tyannikov, and plaintiff, United States of America that the petition for violation of supervised release filed April 24, 2014, may be dismissed and the status conference scheduled for October 27, 2014, may be vacated.

On October 15, 2014, Mr. Tyannikov's United States Probation Officer Becky Fidelman advised defense counsel that she would ask the Court to dismiss the petition.  She has advised that Mr. Tyannikov's successfully completed the 90 day program at the Effort.  Defense counsel shared this information with counsel for the government who agreed that the Court may dismiss the petition by stipulation and order, obviating the need for a hearing.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 20, 2014                /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for DENIS TYANNIKOV


                                        BENJAMIN WAGNER
                                        United States Attorney


Dated:  October 20, 2014                /s/ Crystal Fulfer
                                        CRYSTAL FULFER
                                        Special Assistant U.S. Attorney


**O R D E R**

The supervised release petition filed April 24, 2014, is dismissed and the hearing set for October 27, 2014, is vacated.

IT IS SO ORDERED.

Dated:  October 20, 2014                _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE